IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

**GLOBAL MERCHANDISING SERVICES, LTD. and IRON MAIDEN HOLDINGS LIMITED,**

     **Plaintiffs,**

 v.

**VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES**

     **Defendants.**

---

### COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

---

1. This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. §§1121, 1125, 1126 and 1116. This action arises under the Lanham Trademark Act (15 U.S.C. §1051, et seq.).

2. Plaintiff Global Merchandising Services, Ltd. ("Global") is a private limited liability company organized under the laws of the United Kingdom with a place of business in Los Angeles, California. Plaintiff Iron Maiden Holdings Limited ("Iron Maiden") is a private limited liability company organized under the laws of the United Kingdom with a place of business in London, England. Iron Maiden is the owner of the IRON MAIDEN trademark.

3.      Upon information and belief, Defendants Various John Does and Jane Does are residents of or transact and do business in and/or will be present in Denver, Colorado on and before September 17, 2022 or are now conspiring to travel and otherwise traveling to the other states listed in Schedule A hereto and are subject to the jurisdiction of this Court.  The identities of the Various John Does and Jane Does are not presently known.

4.      Upon information and belief, Defendants ABC Companies, through their agents, servants and employees, transact and do business in and/or will be present in Denver, Colorado on and before September 17, 2022 or are now conspiring to travel and otherwise traveling to other states listed in Exhibit A hereto and are subject to the jurisdiction of this Court.  The identities of the ABC Companies are not presently known.

## THE PARTIES

5.      Since as early as 1980, Iron Maiden has used the IRON MAIDEN trademark to identify itself in all phases of the entertainment industry and to distinguish itself from other professional musical performers.

6.      Iron Maiden has granted Global the exclusive right to market merchandise, including, but not limited to, clothing, jewelry, photographs and posters bearing the IRON MAIDEN name, trademark, logos, and/or likenesses at concert engagements throughout the United States.

7.      Defendants are numerous independent unlicensed peddlers and  manufacturing and distributing companies who will be attempting to distribute and sell unauthorized bootleg and inferior merchandise embodying the IRON MAIDEN name, trademark, logos and/or likenesses (hereinafter referred to collectively as "Bootleg Merchandise") including, but not limited to, t-shirts outside the confines of Ball Arena, Denver on September 17, 2022 and at

IRON MAIDEN concerts on its present concert tour, a partial itinerary of which is listed on Exhibit A hereto, in violation of Plaintiffs' rights under the Lanham Act. The identities of Defendants are not presently known and cannot be known unless they voluntarily permit themselves to be identified.

## BACKGROUND

8. To date, in excess of 90 million copies of recordings embodying the performances of IRON MAIDEN have been sold.

9. To date, in excess of Fifteen Million Dollars' worth of licensed merchandise bearing the IRON MAIDEN name, trademark, logos and/or likenesses have been sold.

10. Since as early as 1980, Iron Maiden has used the IRON MAIDEN mark to identify its services as musical performers. Iron Maiden has sought to distinguish merchandise pertaining to it from merchandise made and sold and pertaining to others by prominently displaying the IRON MAIDEN trademark and/or likenesses on t-shirts and other merchandise items associated with Iron Maiden.

11. Global has been granted the exclusive license to sell merchandise bearing the IRON MAIDEN trademark, logo and likenesses at Iron Maiden concert engagements throughout the United States.

12. Iron Maiden is on a concert tour of the United States. Virtually all of those concerts are or will be sold out. The Iron Maiden concert itinerary, in part, is annexed hereto as Exhibit A.

13. Based upon experience in selling IRON MAIDEN merchandise, including, but not limited to, t-shirts, at similar concerts and performances throughout the United States, it can be stated with certainty that outside the concerts halls at which Iron Maiden is performing, before, during and after their appearances, Defendants have and will attempt to sell imitation and inferior Bootleg Merchandise.

14. The sale of the Bootleg Merchandise by Defendants is and will be without Plaintiffs' permission or authority.

15. This unlawful activity results in irreparable harm and injury to Plaintiffs in that, among other things, it deprives Plaintiffs of their absolute right to determine the manner in which the Iron Maiden image is presented to the general public through merchandising; deceives the public as to the origin and sponsorship of such merchandise; wrongfully trades upon and cashes in on the reputations of Plaintiffs as well as their commercial value and exclusive rights in their trademarks, and it irreparably harms and injures Plaintiffs' reputations.

## AS AND FOR A FIRST CAUSE OF ACTION

### Violation of 15 U.S.C. §1125(a)

16. Plaintiffs repeat and reallege paragraphs 1 through 15 of this Complaint as if fully set forth herein.

17. This count arises under Section 43(a) of the Lanham Act relating to trademarks, trade names and unfair competition entitled "False Designation of Origin and False Descriptions Forbidden," 15 U.S.C. §1125(a), and involves false descriptions in commerce.

18. The IRON MAIDEN trademark, likenesses and logos have been used widely throughout the United States. As a result of same, the IRON MAIDEN trademark, likenesses and logos have developed and now have a secondary and distinctive trademark meaning to

purchasers of goods including, but not limited to, t-shirts. The IRON MAIDEN mark was registered with the United States Patent and Trademark Office on August 31, 2010 in connection with clothing and other products, Registration No. 3,840,031 and it has been renewed once.

19.     The Bootleg Merchandise sold by Defendants, which contains the IRON MAIDEN likenesses, logos and/or trademark is of the same general nature and type as the merchandise sold and/or authorized to be sold by Plaintiffs. Because the Bootleg Merchandise is so related to and indistinguishable from authorized merchandise that Plaintiffs sell, it is likely to, and is certainly intended to, cause confusion to purchasers.

20.     Defendants, by misappropriating and using the IRON MAIDEN trademark, likeness and logos, have misrepresented and falsely described to the general public the origin and source of the Bootleg Merchandise so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of the Bootleg Merchandise sold at IRON MAIDEN concert dates.

21.     In addition, Defendants' sale of the Bootleg Merchandise will infringe upon and dilute the IRON MAIDEN trademark and logos.

22.     The Bootleg Merchandise is in most instances of inferior quality and the sale thereof will be damaging to and will dilute the goodwill generated by Plaintiffs and the reputations that Plaintiffs have developed in connection with the sale of legitimate and quality merchandise.

23.     Defendants' unlawful merchandising activities have been and will be conducted without the permission or authority of Plaintiffs and said actions constitute express and implied misrepresentations that the Bootleg Merchandise was created, authorized or approved by

Plaintiffs. Defendants have not obtained any license, authority or approval to manufacture, distribute or sell such Bootleg Merchandise.

24. Defendants' acts are in violation of 15 U.S.C. §1125(a) in that Defendants will use, in connection with goods and services, a false designation of origin and have caused and will continue to cause said goods (the Bootleg Merchandise) to enter into interstate commerce.

25. Plaintiffs have no adequate remedy at law and, if Defendants' activities are not enjoined, will suffer irreparable harm and injury to Plaintiffs' images and reputations as a result thereof.

## AS AND FOR A SECOND CAUSE OF ACTION

## Violation of 15 U.S.C. §1114

26. Plaintiffs repeat and reallege paragraphs 1 through 15 and 17 through 25 of this Complaint as if fully set forth herein.

27. This count arises under 15 U.S.C. §1114 and involves the unauthorized use of the IRON MAIDEN trademark.

28. Defendants' acts are in violation of 15 U.S.C. §1114 in that Defendants will use, in connection with goods and services, the IRON MAIDEN trademark to sell the Bootleg Merchandise in interstate commerce.

29. Plaintiffs have no adequate remedy at law and, if Defendants' activities are not enjoined, will suffer irreparable harm and injury to Plaintiffs' images and reputations as a result thereof.

## DAMAGES

30. Plaintiffs repeat and reallege paragraphs 1 through 15, 17 through 25 and 27 through 29 of this Complaint as if fully set forth herein.

31.     It is impossible to ascertain the amount of compensation that will afford Plaintiffs adequate relief for Defendants' actual, threatened and contemplated unlawful activities and Plaintiffs will have no adequate remedy in the event that such unlawful activities are allowed to occur.

WHEREFORE, Plaintiffs respectfully pray that this Court grant the following relief:

1.     The Court issue a Temporary Restraining Order and a Preliminary Injunction restraining, enjoining and prohibiting Defendants from manufacturing, distributing or selling all merchandise bearing the IRON MAIDEN name, trademark, logos and/or likenesses and/or anything confusingly similar thereto.

2.     The Court order the United States Marshal(s), state county and/or local law enforcement authorities to seize and impound any and all of the merchandise described in subdivision 1 above, which the Defendants attempt to sell or hold for sale outside of and within the confines of the concert halls at which Iron Maiden is performing before, during or after Iron Maiden concert performances.

3.     After a hearing on the merits, this Court issue a Permanent Injunction prohibiting Defendants from selling or attempting to sell merchandise described in subdivision 1 above and ordering seizure and destruction of all such merchandise wherever found.

      4.      Such other and further relief that this Court deems to be reasonable, necessary and just.

Dated: September 13, 2022              Respectfully Submitted,

                                                          /s/Kenneth A. Feinswog
                                                          Kenneth A. Feinswog
                                                          Attorney for Plaintiffs
                                                          400 Corporate Pointe, Suite 300
                                                          Culver City, CA 90230
                                                          (310) 846-5800
                                                          kfeinswog@gmail.com

**EXHIBIT A**
**IRON MAIDEN TOUR ITINERARY**

| DATE | VENUE |
|---|---|
| September 17, 2022 | Ball Arena<br>Denver, CO |
| September 19, 2022 | USANA Amphitheatre<br>Salt Lake City, UT |
| September 21-22, 2022 | Honda Center<br>Anaheim, CA |
| September 25, 2022 | North Island Credit Union Amphitheatre<br>Chula Vista, CA |
| September 27, 2022 | Concord Pavilion<br>Concord, CA |
| September 29, 2022 | Climate Pledge Arena<br>Seattle, WA |
| September 30, 2022 | Spokane Arena<br>Spokane, WA |
| October 3, 2022 | Denny Sanford Premier Center<br>Sioux Falls, SD |
| October 5, 2022 | United Center<br>Chicago, IL |
| October 7, 2022 | Nationwide Arena<br>Columbus, OH |
| October 9, 2022 | Little Caesars Arena<br>Detroit, MI |

| | |
|---|---|
| October 17, 2022 | DCU Center<br>Worcester, MA |
| October 19, 2022 | UBS Arena<br>Belmont Park, NY |
| October 21, 2022 | Prudential Center<br>Newark, NJ |
| October 23, 2022 | Capital One Arena<br>Washington, DC |
| October 25 2022 | Greensboro Coliseum<br>Greensboro, NC |
| October 27, 2022 | Amalie Arena<br>Tampa, FL |